<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-6524**

———————

In Re: DENVER W. BLEVINS,

                                        Petitioner.

———————

On Petition for Writ of Mandamus.  (CA-98-383-1)

———————

Submitted:  May 13, 1999            Decided:  May 19, 1999

———————

Before WIDENER and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———————

Petition denied by unpublished per curiam opinion.

———————

Denver W. Blevins, Petitioner Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Denver Blevins petitions this court for a Writ of Mandamus directing the United States District Court for the Middle District of North Carolina to grant him a hearing on his allegation that state employees have consistently altered pleadings he has filed in connection with a petition he filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). Mandamus relief is an extraordinary remedy only appropriate where the petitioner shows that no other means of relief is available. In re Beard, 811 F.2d 818, 826 (4th Cir. 1987). Should the district court ultimately deny Blevins' § 2254 petition, he will have the opportunity to appeal. On appeal, he can raise his claim that the district court's refusal to conduct a hearing on the alleged alteration of his pleadings violated his right to access the courts and challenge his conviction under § 2254. We therefore grant leave to proceed in forma pauperis but deny Blevins' petition for a Writ of Mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED